**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Arthur Earl Weaver Jr. <br> & <br> Barbara M. Weaver, aka Barbara Michele Weaver, aka Barb Weaver <br><br> Debtors | CHAPTER 13 <br><br> BKY. NO. 12-15273 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4, and index same on the master mailing list.

Re: Loan # Ending In: 2118

                                                   Respectfully submitted,

                                                   **/s/Denise Carlon, Esquire**
                                                   Denise Carlon, Esquire
                                                   Thomas Puleo, Esquire
                                                   Brian C. Nicholas, Esquire
                                                   KML Law Group, P.C.
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106-1532
                                                   (215) 627-1322 FAX (215) 627-7734