**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Arthur Earl Weaver Jr.<br>        Barbara M. Weaver aka Barbara Michele<br>        Weaver aka Barb Weaver<br>                    Debtors | CHAPTER 13 |
| U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4<br>                    Movant<br>            vs. | NO. 12-15273 REF |
| Arthur Earl Weaver Jr.<br>Barbara M. Weaver aka Barbara Michele Weaver aka Barb Weaver<br>                    Debtors | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle Esq.<br>                    Trustee | |

**ORDER**

AND NOW,  at Reading, upon consideration of Movant's Motion to Approve Loan Modification it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on October 30, 2016 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: March 28, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list

Arthur Earl Weaver Jr.
2029 West Columbia Street
Allentown, PA 18104

Barbara M. Weaver aka Barbara Michele Weaver aka Barb Weaver
2029 West Columbia Street
Allentown, PA 18104

Demetrios H. Tsarouhis, Esq.
21 S. 9th Street (VIA ECF)
Suite 200
Allentown, PA 18102

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532