United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arthur Earl Weaver, Jr.  
Barbara M. Weaver  
       Debtors

Case No. 12-15273-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela      Page 1 of 1      Date Rcvd: Mar 28, 2017  
                           Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.  
db/jdb        +Arthur Earl Weaver, Jr.,    Barbara M. Weaver,    2029 W. Columbia Street,    Allentown, PA 18104-2572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:

        DEMETRIOS   TSAROUHIS   on behalf of Joint Debtor Barbara M. Weaver tsarouhis@hotmail.com, noticemebankruptcyfilings@gmail.com  
        DEMETRIOS   TSAROUHIS   on behalf of Plaintiff Arthur E. Weaver tsarouhis@hotmail.com, noticemebankruptcyfilings@gmail.com  
        DEMETRIOS   TSAROUHIS   on behalf of Debtor Arthur Earl Weaver, Jr. tsarouhis@hotmail.com, noticemebankruptcyfilings@gmail.com  
        DEMETRIOS   TSAROUHIS   on behalf of Plaintiff Barbara M. Weaver tsarouhis@hotmail.com, noticemebankruptcyfilings@gmail.com  
        DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        KEVIN T MCQUAIL   on behalf of Creditor   US Bank, Nationa Association as successor trustee to Bank of America, N.A. as trustee for The Merrill Lynch First Frankling Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4 ecfmail@mwc-law.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        MARISA MYERS COHEN   on behalf of Creditor   US Bank, Nationa Association as successor trustee to Bank of America, N.A. as trustee for The Merrill Lynch First Frankling Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4 mcohen@mwc-law.com  
        THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com  
                                                                                                                                                                                                                TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Arthur Earl Weaver Jr.<br>Barbara M. Weaver aka Barbara Michele Weaver aka Barb Weaver<br>　　　　　　Debtors | CHAPTER 13 |
| U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4<br>　　　　　　Movant<br>vs. | NO. 12-15273 REF<br><br>11 U.S.C. Sections 362 and 1301 |
| Arthur Earl Weaver Jr.<br>Barbara M. Weaver aka Barbara Michele Weaver aka Barb Weaver<br>　　　　　　Debtors<br><br>Frederick L. Reigle Esq.<br>　　　　　　Trustee | |

**ORDER**

　　AND NOW, at Reading, upon consideration of Movant's Motion to Approve Loan Modification it is ORDERED AND DECREED that:

　　The Motion is granted and the Loan Modification Agreement executed on October 30, 2016 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: March 28, 2017**　　　　　　　　　　　　　　　　　　　　_[signature]_

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Arthur Earl Weaver Jr.
2029 West Columbia Street
Allentown, PA 18104

Barbara M. Weaver aka Barbara Michele Weaver aka Barb Weaver
2029 West Columbia Street
Allentown, PA 18104

Demetrios H. Tsarouhis, Esq.
21 S. 9th Street (VIA ECF)
Suite 200
Allentown, PA 18102

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532