IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVAN IA

IN RE:

ARTHUR EARL WEAVER, JR.  Chapter 13
BARBARA M. WEAVER,       Case No. 12-15273-REF
Debtors.

## ORDER

Now, after notice and hearing, good cause having been shown, it is ordered and decreed as follows, to wit:

The application for compensation of counsel for the debtor is DENIED WITHOUT PREJUDICE because all billing of time shall be in increments of 0.1 of an hour and all of counsel's time is billed in 0.5 increments.

By the Court:

**Date: October 6, 2017**

_____
Richard E Fehling,
US Bankruptcy Judge