United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 12-15273-ref
Arthur Earl Weaver, Jr.                                                  Chapter 13
Barbara M. Weaver
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                Page 1 of 2              Date Rcvd: Oct 06, 2017
                              Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2017.
db/jdb         +Arthur Earl Weaver, Jr.,    Barbara M. Weaver,    2029 W. Columbia Street,
                 Allentown, PA 18104-2572
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr             +U.S. Department of HUD,    52 Corporate Circle,    Albany, NY 12203-5166
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,   13675 Technology Dr., Bldg C.,
                 Eden Prairie, MN 55344-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Oct 07 2017 01:39:40     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 07 2017 01:39:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 07 2017 01:39:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
              DEMETRIOS    TSAROUHIS    on behalf of Plaintiff Barbara M. Weaver tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DEMETRIOS    TSAROUHIS    on behalf of Joint Debtor Barbara M. Weaver tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DEMETRIOS    TSAROUHIS    on behalf of Plaintiff Arthur E. Weaver tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DEMETRIOS    TSAROUHIS    on behalf of Debtor Arthur Earl Weaver, Jr. tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as Trustee
               MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES,
               SERIES 2007-4 bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              KEVIN T MCQUAIL    on behalf of Creditor    US Bank, Nationa Association as successor trustee to
               Bank of America, N.A. as trustee for The Merrill Lynch First Frankling Mortgage Loan Trust,
               Mortgage Loan Asset-Backed Certificates, Series 2007-4 ecfmail@mwc-law.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com

```
District/off: 0313-4          User: dlv              Page 2 of 2                Date Rcvd: Oct 06, 2017
                              Form ID: pdf900        Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MARISA MYERS COHEN    on behalf of Creditor    US Bank, Motiona Association as successor trustee to Bank of America, N.A. as trustee for The Merrill Lynch First Frankling Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-4 mcohen@mwc-law.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                          TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |
|---|---|
| ARTHUR EARL WEAVER, JR. | Chapter 13 |
| BARBARA M. WEAVER, | Case No. 12-15273-REF |
| Debtors. |  |

**ORDER**

Now, after notice and hearing, good cause having been shown, it is ordered and decreed as follows, to wit:

The application for compensation of counsel for the debtor is DENIED WITHOUT PREJUDICE because all billing of time shall be in increments of 0.1 of an hour and all of counsel's time is billed in 0.5 increments.

By the Court:

**Date: October 6, 2017**

_____
Richard E Fehling,
US Bankruptcy Judge