**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| ARTHUR EARL WEAVER, JR. | : | Chapter 13 |
| BARBARA M. WEAVER, | : | |
| | : | Case No. 12-15273-REF |
| Debtors. | : | |

## CERTIFICATE OF NO RESPOSNE TO APPLICATION FOR THE COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DEMETRIOS H. TSAROUHIS, ESQUIRE, COUNSEL FOR DEBTORS

      The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. It is respectfully requested that the Order attached to the Motion be entered by the Court.

                                                    s/ Demetrios H. Tsarouhis
                                                   Demetrios H. Tsarouhis, Esquire
                                                   21 S. 9th Street
                                                   Allentown, PA 18102
                                                   610-628-2440

Dated: March 14, 2018