## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re: Arthur Earl Weaver, Jr. and
Barbara M. Weaver
               Debtor(s)

Case No: 12−15273−ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

TELEPHONIC HEARING Re Application for Compensation for DEMETRIOS TSAROUHIS, Debtor's Attorney.
**ATTORNEYS WHO WILL PARTICIPATING TELEPHONICALLY SHOULD CONTACT JUDGE FEHLING'S COURTROOM DEPUTY AT 610−208−5036**

on: 4/12/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  3/19/18

Timothy B. McGrath
Clerk of Court