United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 12-15273-ref
Arthur Earl Weaver, Jr.                                          Chapter 13
Barbara M. Weaver
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv           Page 1 of 1           Date Rcvd: Mar 19, 2018
                             Form ID: 167         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db/jdb        +Arthur Earl Weaver, Jr.,    Barbara M. Weaver,    2029 W. Columbia Street,
               Allentown, PA 18104-2572
cr            +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr            +U.S. Department of HUD,    52 Corporate Circle,    Albany, NY 12203-5166
cr            +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    13675 Technology Dr., Bldg C.,
               Eden Prairie, MN 55344-2252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                          Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
        DEMETRIOS  TSAROUHIS   on behalf of Plaintiff Barbara M. Weaver tsarouhis@hotmail.com,
         noticemebankruptcyfilings@gmail.com
        DEMETRIOS  TSAROUHIS   on behalf of Joint Debtor Barbara M. Weaver tsarouhis@hotmail.com,
         noticemebankruptcyfilings@gmail.com
        DEMETRIOS  TSAROUHIS   on behalf of Plaintiff Arthur E. Weaver tsarouhis@hotmail.com,
         noticemebankruptcyfilings@gmail.com
        DEMETRIOS  TSAROUHIS   on behalf of Debtor Arthur Earl Weaver, Jr. tsarouhis@hotmail.com,
         noticemebankruptcyfilings@gmail.com
        DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. Bank National Association, as Trustee et
         al... bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        KEVIN M. BUTTERY   on behalf of Creditor   US Bank, Nationa Association as successor et al...
         bkyefile@rasflaw.com
        KEVIN M. BUTTERY   on behalf of Creditor   U.S. Bank National Association, as Trustee et al...
         bkyefile@rasflaw.com
        KEVIN T MCQUAIL   on behalf of Creditor   US Bank, Nationa Association as successor et al...
         ecfmail@mwc-law.com
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        MARISA MYERS COHEN   on behalf of Creditor   US Bank, Nationa Association as successor et al...
         mcohen@mwc-law.com
        THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, as Trustee et al...
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
         Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                           TOTAL: 14

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Arthur Earl Weaver, Jr. and
Barbara M. Weaver

        Debtor(s)

Case No: 12−15273−ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Richard E. Fehling , United States Bankruptcy Judge to consider:

TELEPHONIC HEARING Re Application for Compensation for
DEMETRIOS TSAROUHIS, Debtor's Attorney.
**ATTORNEYS WHO WILL PARTICIPATING
TELEPHONICALLY SHOULD CONTACT JUDGE
FEHLING'S COURTROOM DEPUTY AT 610−208−5036**

on: 4/12/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400
Washington Street, Reading, PA 19601

For The Court

Date:  3/19/18

Timothy B. McGrath
Clerk of Court

62 − 58
Form 167