IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    ARTHUR EARL WEAVER, JR.    :    Chapter 13
    BARBARA M. WEAVER,    :    Case No. 12-15273-REF
    Debtors.    :
    :

**ORDER**

Now, on this **12** day of **April**, 2018, after notice and hearing, good cause having been shown, it is ordered and decreed as follows, to wit:

1. The application for compensation of counsel for the debtor is granted for Legal Fees in the amount of $2,000.00.

2. ~~Applicant is directed to file an appropriate proof of claim with the trustee.~~

By the Court:

_____
Richard E Fehling,
US Bankruptcy Judge