United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arthur Earl Weaver, Jr.  
Barbara M. Weaver  
    Debtors

Case No. 12-15273-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Apr 12, 2018  
                 Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
```
db/jdb         +Arthur Earl Weaver, Jr.,    Barbara M. Weaver,    2029 W. Columbia Street,
                 Allentown, PA 18104-2572
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
cr             +U.S. Department of HUD,    52 Corporate Circle,    Albany, NY 12203-5166
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    13675 Technology Dr., Bldg C.,
                 Eden Prairie, MN 55344-2252
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
```
              DEMETRIOS   TSAROUHIS    on behalf of Plaintiff Barbara M. Weaver tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DEMETRIOS   TSAROUHIS    on behalf of Joint Debtor Barbara M. Weaver tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DEMETRIOS   TSAROUHIS    on behalf of Plaintiff Arthur E. Weaver tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DEMETRIOS   TSAROUHIS    on behalf of Debtor Arthur Earl Weaver, Jr. tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association, as Trustee et
               al... bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              KEVIN M. BUTTERY    on behalf of Creditor    US Bank, Nationa Association as successor et al...
               bkyefile@rasflaw.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. Bank National Association, as Trustee et al...
               bkyefile@rasflaw.com
              KEVIN T MCQUAIL    on behalf of Creditor    US Bank, Nationa Association as successor et al...
               ecfmail@mwc-law.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARISA MYERS COHEN    on behalf of Creditor    US Bank, Nationa Association as successor et al...
               mcohen@mwc-law.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, as Trustee et al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ARTHUR EARL WEAVER, JR. | : | Chapter 13 |
| BARBARA M. WEAVER, | : | Case No. 12-15273-REF |
| Debtors. | : | |

## ORDER

Now, on this **12** day of **April**, 2018, after notice and hearing, good cause having been shown, it is ordered and decreed as follows, to wit:

1. The application for compensation of counsel for the debtor is granted for Legal Fees in the amount of $2,000.00.

2. ~~Applicant is directed to file an appropriate proof of claim with the trustee.~~

By the Court:

_____
Richard E Fehling,
US Bankruptcy Judge