United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arthur Earl Weaver, Jr.  
Barbara M. Weaver  
    Debtors

Case No. 12-15273-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 2    Date Rcvd: Jul 20, 2018  
    Form ID: 138    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2018.

```
db/jdb         +Arthur Earl Weaver, Jr.,    Barbara M. Weaver,    2029 W. Columbia Street,
                 Allentown, PA 18104-2572
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    13675 Technology Dr., Bldg C.,
                 Eden Prairie, MN 55344-2252
12770234       +Admirals Bank,    Attn: Jackie Mulligan,    15 Park Row West,    Providence, RI 02903-1163
12770235       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
12770236        Cach, Llc (original Creditor:citibank So,    4340 S Monaco, Second Floor,    Denver, CO  80237
12770237       +Hfc,    Po Box 3425,    Buffalo, NY 14240-3425
12770238        Malcom S. Gerald & Associates,    322 S. Michigan Avenue, Suite 600,    Chicago, IL  60604
13847689       +Nationstar Mortgage LLC,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
12770239       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12770240       +St. Lukes Hospital,    801 Ostrum Street,    Bethlehem, PA 18015-1065
12809077       +U.S. BANK, NATIONAL ASSOCIATION,    Bank of America, N.A.,    c/o Margaret Gairo,
                 123 S. Broad St., Ste. 1400,    Phila. PA 19109-1060
13502702       +U.S. Bank National Association,    c/o Nationstar Mortgage, LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
12986396       +U.S. Department of HUD,    52 Corporate Circle,    Albany, NY 12203-5166
12770242       +Wells Fargo,    Po Box 29704,    Phoenix, AZ 85038-9704
12872234        Wells Fargo Bank N.A., Wells Fargo Auto Finance,    13675 Technology Drive,    Bldg. C, 2nd Floor,
                 Eden Prairie, MN 55344-2252
12944397       +Wells Fargo Bank, N.A.,    c/o William C. Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3124
12770243       +Wffnatbank,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2018 02:06:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2018 02:07:28    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12770241       +E-mail/Text: csr@theaffiliatedgroup.com Jul 21 2018 02:08:05    The Affiliated Group,
                 3055 41st Street NW, Suite 100,    Rochester, MN 55901-9013
                                                                                               TOTAL: 3
```

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*            +U.S. Department of HUD,    52 Corporate Circle,    Albany, NY 12203-5166
14078205*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,     P.O. Box 619096,    Dallas, TX 75261-9741)
13120746*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Jul 20, 2018
                              Form ID: 138             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:

```
          DEMETRIOS   TSAROUHIS     on behalf of Plaintiff Barbara M. Weaver tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DEMETRIOS   TSAROUHIS     on behalf of Joint Debtor Barbara M. Weaver tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DEMETRIOS   TSAROUHIS     on behalf of Plaintiff Arthur E. Weaver tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DEMETRIOS   TSAROUHIS     on behalf of Debtor Arthur Earl Weaver, Jr. tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. Bank National Association, as Trustee et
           al... bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor   US Bank, Nationa Association as successor et al...
           bkyefile@rasflaw.com
          KEVIN M. BUTTERY    on behalf of Creditor   U.S. Bank National Association, as Trustee et al...
           bkyefile@rasflaw.com
          KEVIN T MCQUAIL    on behalf of Creditor   US Bank, Nationa Association as successor et al...
           ecfmail@mwc-law.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MARISA MYERS COHEN    on behalf of Creditor   US Bank, Nationa Association as successor et al...
           mcohen@mwc-law.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, as Trustee et al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Arthur Earl Weaver, Jr. and Barbara M. Weaver

    Debtor(s)

Case No: 12−15273−ref
Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. That [(sc 524(d) is amended to make the discharge hearing non−mandatory except when the debtor(s) desire(s) to reaffirm a debt pursuant to ](sc 524(c).

    3. That any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.

    4. That in the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 7/20/18