Certificate Number: 14424-PAE-DE-029356293

Bankruptcy Case Number: 12-15273



14424-PAE-DE-029356293

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>June 2, 2017</u>, at <u>7:42</u> o'clock <u>PM EDT</u>, <u>Barbara M Weaver</u> completed a course on personal financial management given <u>by internet</u> by <u>Financial Education Services, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>June 2, 2017</u>          By:   <u>/s/Mabelyn  Ramirez</u>

Name:  <u>Mabelyn  Ramirez</u>

Title:  <u>Instructor</u>