Certificate Number: 14424-PAE-DE-029356292

Bankruptcy Case Number: 12-15273



14424-PAE-DE-029356292

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2017, at 7:42 o'clock PM EDT, Arthur E Weaver completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 2, 2017              By:    /s/Mabelyn Ramirez

                                  Name:  Mabelyn Ramirez

                                  Title: Instructor