### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13

Arthur Earl Weaver, Jr. and Barbara M. Weaver            : Case No. 12–15273–ref
        Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 12, 2018 , it appearing that the trustee in the above
entitled matter has filed his report and that the trustee has performed all other duties required
in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and
the same hereby is, closed.


By The Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court