United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-15273-ref
Arthur Earl Weaver, Jr.                                                   Chapter 13
Barbara M. Weaver
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 2            Date Rcvd: Sep 12, 2018
                              Form ID: 3180W         Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb        +Arthur Earl Weaver, Jr.,   Barbara M. Weaver,   2029 W. Columbia Street,
               Allentown, PA 18104-2572
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14078205      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas, TX 75261-9741)
12986396      +U.S. Department of HUD,   52 Corporate Circle,   Albany, NY 12203-5166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:26:54
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2018 02:27:20      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12872234       EDI: WFFC.COM Sep 13 2018 06:08:00      Wells Fargo Bank N.A., Wells Fargo Auto Finance,
               13675 Technology Drive,   Bldg. C, 2nd Floor,   Eden Prairie, MN 55344-2252
                                                                                      TOTAL: 3


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13120746*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,   350 Highland Drive,
               Lewisville, TX 75067)
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
          DEMETRIOS  TSAROUHIS   on behalf of Plaintiff Barbara M. Weaver tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DEMETRIOS  TSAROUHIS   on behalf of Joint Debtor Barbara M. Weaver tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DEMETRIOS  TSAROUHIS   on behalf of Plaintiff Arthur E. Weaver tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DEMETRIOS  TSAROUHIS   on behalf of Debtor Arthur Earl Weaver, Jr. tsarouhis@hotmail.com,
           noticemebankruptcyfilings@gmail.com
          DENISE ELIZABETH CARLON   on behalf of Creditor   U.S. Bank National Association, as Trustee et
           al... bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY   on behalf of Creditor   US Bank, Nationa Association as successor et al...
           bkyefile@rasflaw.com
          KEVIN M. BUTTERY   on behalf of Creditor   U.S. Bank National Association, as Trustee et al...
           bkyefile@rasflaw.com
          KEVIN T MCQUAIL   on behalf of Creditor   US Bank, Nationa Association as successor et al...
           ecfmail@mwc-law.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com

District/off: 0313-4              User: dlv            Page 2 of 2              Date Rcvd: Sep 12, 2018
                                 Form ID: 3180W       Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MARISA MYERS COHEN    on behalf of Creditor   US Bank, Nationa Association as successor et al...
           mcohen@mwc-law.com
          THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, as Trustee et al...
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                            TOTAL: 14

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Arthur Earl Weaver Jr.** | Social Security number or ITIN | **xxx–xx–0920** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Barbara M. Weaver** | Social Security number or ITIN | **xxx–xx–4683** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **12–15273–ref** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Arthur Earl Weaver Jr.

Barbara M. Weaver
aka Barbara Michele Weaver, aka Barb Weaver

9/12/18

**By the court:**      Richard E. Fehling
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**